RECEIVED
IN LAFAYETTE, LA.

NOV 16 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

06-1432

| | |
|---|---|
| Robert LaFountain | Civil Action No. ~~06-1342~~ |
| vs. | Judge Tucker L. Melancon |
| Commissioner Soc. Sec. Adm. | Magistrate Judge Methvin |

## JUDGMENT

This matter was referred to United States Magistrate Judge Mildred E. Methvin for Report and Recommendation. After an independent review of the record, the applicable jurisprudence, and considering the objections filed by the parties, the Court concludes that the Report and Recommendation of the magistrate judge is affirmed in all respects except as to the onset date, on which the Court defers ruling. It is therefore

**ORDERED** that the Commissioner's decision be reversed. It is

**FURTHER ORDERED** that plaintiff's counsel file a memorandum addressing Footnote 38 in the magistrate judge's Report and Recommendation [Rec. Doc. 11] and Footnote 1 in defendant's objection to the magistrate judge's Report and Recommendation [Rec. Doc. 12] within fifteen (15) days of the date of entry of this Judgment.

Signed at Lafayette, Louisiana on November 16, 2007.

Tucker L. Melançon
United States District Judge